MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN DOBBINS,<br><br>Plaintiff,<br><br>vs.<br><br>WAFLA, a Washington Corporation; and DAN FAZIO and JANE DOE FAZIO, husband and wife and the marital community comprised thereof,<br><br>Defendants. | Case No.<br>Thurston County Superior Court<br>Cause No. 17-2-03315-34<br><br>NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT TO 28 U.S.C. §1441 |

TO:   The Clerk of the Court

**PLEASE TAKE NOTICE** that Defendants hereby remove to this Court the state court action described below.

1. State Court Action

Defendants are parties in the above-entitled action originally commenced on June 9, 2017, and pending in the Superior Court of the State of Washington in

NOTICE OF REMOVAL OF ACTION BY DEFENDANTS
PURSUANT TO 28 U.S.C. § 1441 - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

and for Thurston County, Cause No. 17-2-03315-34.

2. Federal Question Jurisdiction

Plaintiff filed her Complaint in the Superior Court of the State of Washington in and for Thurston County on June 9, 2017. In her Complaint, Plaintiff alleges a cause of action pursuant to Title VII for alleged sexual discrimination and retaliation. See, *Complaint*, page 9, paragraphs 4.4-4.7. Plaintiff also alleges that her termination was "unlawful" pursuant to "federal law." *Id,* at page 8, paragraph 3.23. Accordingly, this action is removable to federal court under 28 U.S.C. § 1441, as Plaintiff's claims arise under the Constitution, laws, or treaties of the United States, and this Court would have had original jurisdiction over Plaintiff's claims under 28 U.S.C. §§ 1331 and 1343 had Plaintiff elected to file the action in federal court. This Court is the District Court of the United States for the district embracing the place where the state court action is currently pending, and is therefore the appropriate Court for removal pursuant to 28 U.S.C. § 1441(a).

3. Timely Removal

This suit was filed in Thurston County Superior Court on June 9, 2017. Defendants were served with the Summons and Complaint on June 13, 2017. This

NOTICE OF REMOVAL OF ACTION BY DEFENDANTS
PURSUANT TO 28 U.S.C. § 1441 - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Notice of Removal is filed within 30 days after the alleged service of the Complaint. *See* 28 U.S.C. § 1446(b).

4. Papers Served on Defendants

A copy of the Summons and Complaint is attached as Exhibit A to the Certificate of Attorney. A copy of the Notice of Assignment and Notice of Trial Scheduling Date is attached as Exhibit B to the Certificate of Attorney. A copy of the Notice of Appearance filed by Michael McFarland is attached as Exhibit C to the Certificate of Attorney.

WHEREFORE, Defendants pray that the above-entitled action be removed to this Court from the Superior Court of the State of Washington in and for Thurston County.

DATED this 26th day of June, 2017.

        EVANS, CRAVEN & LACKIE, P.S.

      By: /s/ Michael E. McFarland
        MICHAEL E. McFARLAND, JR., #23000
        Attorneys for Defendants
        Evans, Craven & Lackie, P.S.
        818 W. Riverside Ave., Suite 250
        Spokane, WA 99201
        509-455-5200
        509-455-3632 facsimile
        mmcfarland@ecl-law.com

NOTICE OF REMOVAL OF ACTION BY DEFENDANTS
PURSUANT TO 28 U.S.C. § 1441 - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiffs*
Isaac Ruiz
Ian Birk
Keller Rohrback, LLP
1201 Third Ave., Suite 3200
Seattle, WA 98101
iruiz@kellerrohrback.com
ibirk@kellerrohrback.com

EVANS, CRAVEN & LACKIE, P.S.

By:   /s/ Michael E. McFarland
MICHAEL E. McFARLAND, JR., #23000
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, WA 99201
509-455-5200
509-455-3632 facsimile
mmcfarland@ecl-law.com